U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

JAN - 9 2017

TONY R. MOORE, CLERK
BY: _____ M3 _____
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| LEONARDO GUTIERREZ (A087159223), Petitioner | CIVIL ACTION NO. 1:16-CV-679; SECTION "P" |
| VERSUS | JUDGE JAMES T. TRIMBLE, JR. |
| DAVID COLE, ET AL., Respondents | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that the § 2241 petition is hereby **DISMISSED** with prejudice as **MOOT** as petitioner was removed from the United States on July 5, 2016 pursuant to a removal order.

**THUS DONE AND SIGNED** at Alexandria, Louisiana, this 9th day of January, 2017.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE